**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                      CASE NO. 3:08-cr-291-J-32JRK

SHARICA EJUAN PRIESTER

**ORDER**

This case is before the Court on Defendant's Motion to Dismiss (Doc. 19). The undersigned referred the Motion to the Magistrate Judge who conducted a hearing and entered a Report and Recommendation (Doc. 34) that the Motion to Dismiss be denied. No objections to the Report and Recommendation were filed and the time for objections has passed. The Court has nevertheless undertaken a de novo review of the Motion. Based upon that de novo review, it is hereby

**ORDERED:**

1. The Report and Recommendation of the able Magistrate Judge (Doc. 34) is **ADOPTED** as the opinion of the Court.

2. As recommended by the Magistrate Judge, Defendant's Motion to Dismiss (Doc. 19) is **DENIED** as to the request to dismiss Counts One - Five, Eight - Twelve (bank fraud counts) of the Indictment and **DENIED WITHOUT PREJUDICE** as to the request to dismiss Counts Seven and Fourteen (aggravated identity theft counts) of the Indictment.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of December, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. James R. Klindt, U.S. Magistrate Judge
Kevin C. Frein, AUSA
A. Russell Smith, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal Service